UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOROYA MARIA RIGOR,<br><br>               Plaintiff,<br><br>     v.<br><br>SACRAMENTO LGBT COMMUNITY CENTER, et al.,<br><br>               Defendants. | No.  2:24–cv–36–DJC–KJN PS<br><br>ORDER<br><br>(ECF No. 3.) |

On February 28, 2024 the magistrate judge filed findings and recommendations (ECF No. 3), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.  Accordingly, the court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

   1.  The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;

   2.  The action is DISMISSED WITH PREJUDICE;

1

3. Plaintiff is warned that continued failure to heed the Court's guidance on amendment, and continued abuse of the court's process, may result in a vexatious litigant order being entered against her that could restrict her ability to file new cases in this court; and

4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **March 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE